[No. 68925-8-I.   Division One.   June 10, 2013.]

*In the Matter of the Parenting and Support of* BAINYA SHAY.

THOMAS O. BAICY, *Appellant*, v. DANELLE M. SHAY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 09-3-03868-0, John Curry, J. Pro Tem., entered February 23, 2012. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Appelwick and Lau, JJ.

[No. 68944-4-I.   Division One.   June 10, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. TONY DALE PENWELL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-13613-6, James D. Cayce, J., entered May 15, 2012. *Affirmed* by unpublished opinion per Becker, J., concurred in by Spearman, A.C.J., and Grosse, J.

[No. 69436-7-I.   Division One.   June 10, 2013.]

*In the Matter of the Marriage of* SHELLY P. ALDRIDGE, *Respondent*, and R. DEAN ALDRIDGE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-3-08675-4, Deborah D. Fleck, J., entered September 18, 2012. *Remanded* by unpublished opinion per Lau, J., concurred in by Appelwick and Dwyer, JJ.

[No. 42268-9-II.   Division Two.   June 11, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JACOB HUBBLE, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 10-1-00516-6, Nelson E. Hunt, J., entered March 9, 2011. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Worswick, C.J., and Van Deren, J. Pro Tem.